UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COTE,<br><br>    Plaintiff,<br><br>  v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT,<br><br>    Defendant. | Case No.  14-cv-05413-RMW<br><br>**ORDER REMANDING TO BANKRUPTCY COURT**<br><br>Dkt. Nos. 18, 19 |

Pursuant to the Ninth Circuit's August 11, 2016 Mandate, this case is remanded to the bankruptcy court for consideration of the significance, if any, of the December 30, 1988 Administrative Law Judge decision in California Unemployment Insurance Appeals Board Case No. C-T-12023-0001-A.

**IT IS SO ORDERED.**

Dated: August 16, 2016

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge